PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

| United States District Court | District Massachusetts |
|---|---|

| Name | Prisoner No. | Case No. |
|---|---|---|
| Donesique Reynolds | W55970 | |

FILED
IN OFFICE
2004 JUN 21 P 1:36
U.S. DISTRICT COURT
DISTRICT OF MASS

Place of Confinement

Old Colony Correctional Center, Bridgewater, MA

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Donesique Reynolds | V.  Timothy Hall, Superintendant, Old Colony Correctional Center |

The Attorney General of the State of:   Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack   Suffolk Superior Court
   Boston, MA

2. Date of judgment of conviction   November 23, 1994

3. Length of sentence   Split sentence: 6-10 years, 3 committed, balance suspended, 5 years probation

4. Nature of offense involved (all counts)   Armed robbery

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Supreme Judicial Court__

    (2) Nature of proceeding __Petition For Writ Of Habeas Corpus__

    (3) Grounds raised __Sentence expired__

AO 241 (Rev. 5/85)

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐    No ☒

(5) Result  The Court denieddmy petition _____

(6) Date of result  June 14, 2004 _____

(b) As to any second petition, application or motion give the same information:

  (1) Name of court _____

  (2) Nature of proceeding _____

  _____

  (3) Grounds raised _____

  _____

  _____

  _____

  _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐    No ☐

  (5) Result _____

  (6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
  (1) First petition, etc.      Yes ☒    No ☐
  (2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
  Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: __Plaintiff is being detained without due process of law and without lawful authority.__

Supporting FACTS (state *briefly* without citing cases or law) __Plaintiff was sentenced on November 23, 1994, to split sentence of 6-10 years, 3 to serve, the balance suspended with probation for five years. He was released on March 4, 1998 (the release date was based upon a longer concurrent sentence). Plaintiff subsequently violated probation and is serving the balance of the 6-10 year sentence. Defendant refused to credit Plaintiff with the full 3 year commitment he previously served on his sentence, which would result in his immediate release.__

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

(5)

AO 241 (Rev. 5/85)

    C.    Ground three: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

        _____

        _____

        _____

        _____

    D.    Ground four: _____

        Supporting FACTS (state *briefly* without citing cases or law) _____

        _____

        _____

        _____

        _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)    At preliminary hearing _____

    (b)    At arraignment and plea _____

AO 241 (Rev. 5/85)

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post—conviction proceeding   John F. Palmer, 24 School Street, 8th Floor, Boston, MA 02108

(g) On appeal from any adverse ruling in a post—conviction proceeding   John F. Palmer, 24 School Street, 8th Floor, Boston, MA 02108

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-18-04
(date)

_____
Signature of Petitioner

(7)