UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Donesique Reynolds__         ,
                Plaintiff,

v.                              Civil Action No.  04-11442-PBS

Timothy Hall, Superintendent of
__Old Colony Correctional Center__ ,
                Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**     GRANTED.

☒     DENIED for the following reason(s):

   Petitioner failed to submit a certified copy of his prison account(s) statement.

☒     It is FURTHER ORDERED that petitioner must resubmit his application along with a certified copy of his prison account(s) statement, or pay the $5 filing fee, within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

__6/29/04__                           __s/ Patti B. Saris__
DATE                                  UNITED STATES DISTRICT JUDGE