Donesique Reynolds
1 Administration Rd
Bridgewater, Mass 02324

Docket #: 04-11442 PBS

FILED
2004 AUG 18 A 11: 17
U.S. DISTRICT COURT
DISTRICT OF MASS

Reynolds V. Hall

Dear Mr/Ms. Clerk of Courts, Please if you can make up a day and notified to Respondent about a day so we can take care of this matter. Please Please if you can Order the Response to adds this Monton for me please.

Thank You for your Time to this Matter.

Respectfully Yours
Donesique Reynolds
DONESIQUE REYNOLDS