Donexique Reynolds - PRO-SE
1 Administration Rd
Bridgewater, Mass 02324

Reynolds v. Hall

8-23-04

Civil Docket # 04-11442-PBS

Dear Mr./Ms. Clerk of Court
U.S. District Court, John Joseph Moakely U.S. Courthouse.

Please if you court scheduled a date for the Response to ads this petitioner of Writ of Habeas Corpus. Please notified me of a scheduled date it be due or appearance.

Thank You for your time to this matter Please.

Petitioner
Donexique Reynolds
v.
Respondent
Timothy Hall, Superintendent of Old Colony Correctional Center

Respectfully Yours
DONEXIQUE REYNOLDS
Donexique Rey...