UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Donesique Reynolds,
        Petitioner,

        v.

Timothy Hall, Superintendent,
        Respondent.

CIVIL ACTION

NO. 04-11442-PBS

## O R D E R

On June 21, 2004, petitioner Donesique Reynolds, an inmate at Old Colony Correctional Center, submitted an application to proceed without prepayment of fees and a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The application to proceed without prepayment of fees was denied on June 29, 2004, and petitioner subsequently submitted the $5.00 filing fee.

Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Bernard F. Brady, Acting Superintendent, Old Colony Correctional Center, One Administration Road, Bridgewater, MA 02324; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, Massachusetts 02108.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 9/7/04                                              s/ Patti B. Saris
  DATE                                      UNITED STATES DISTRICT JUDGE