UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONESIQUE REYNOLDS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-11442-PBS |
| ) | |
| TIMOTHY HALL, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-caption matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060