Donesique Reynolds, PRO-SE
97 Pine Street #8
Cambridge, Mass 02139

11-17-04

FILED
2004 NOV 22 P 2: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

Mr. Anthony Anastas, Clerk
United State District Court for
the District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, Mass 02210

RE: Reynolds v. Hall
C.A. NO. 04-11442 PBS

Dear Mr. Anastas,

Please find I have a changes of address and I am still looking to take care of this issues please. My new address is 97 Pine Street #8, Cambridge, Mass 02139.

Thank you for your time to this matter.

Respectfully Yours
Donesique Reynolds - PRO-SE
DONESIQUE REYNOLDS